**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI**

**UNITED STATES OF AMERICA**

**V.**                                                            **NO. 4:23-CR-136**

**SLEXCIA NEAL**


## <u>ORDER</u>

On November 25, 2024, Slexcia Neal filed a "Motion to Seal Defendant's Motion for Reconsideration to Motion to Continue Sentencing Date," representing that sealing her motion for reconsideration is needed "to protect parties and places outside the scope of this case from being made public."[1]  Doc. #51.  The same day, Neal sent to the Court by e-mail a copy of the motion for reconsideration sought to be sealed, and a proposed order on the motion to seal.

Under Local Criminal Rule 49.1, "[t]he process for sealing court records shall be governed by Rule 79 of *The Uniform Local Civil Rules of the Northern and Southern Districts of Mississippi*."  Local Civil Rule 79(e)(3) mandates that, among other things, "[a]ny motion to seal must be accompanied by a non-confidential supporting memorandum, … and a proposed order," both of which "must include … "[a] non-confidential description of what is to be sealed; [a] specific request [regarding from whom] the document [is sealed];" [a] statement of why sealing is necessary, … why another procedure will not suffice; [and] references to governing case law." L.U. Civ. R. 79(e)(3)(B)-(D).

Though Neal submitted a proposed order on the motion to seal describing what she asks to be sealed, she did not submit a non-confidential memorandum and does not otherwise address in her motion any of the other Local Civil Rule 79(e)(3) requirements described above.  However,

---

[1] In violation of Local Criminal Rule 47(A), the motion is not accompanied by a certificate of conference and otherwise does not indicate if the government opposes the relief requested.

because the Court is able to glean from the motion for reconsideration the precise reason why sealing is requested, from whom the motion for reconsideration is sought to be sealed and for how long, and why another procedure will not suffice, consistent with the Local Criminal Rules, the motion to seal [51] is **GRANTED**. The Clerk of the Court is directed to file with access restricted to the parties and the Court (1) the motion for reconsideration, and (2) the order on the motion for reconsideration.

**SO ORDERED**, this 26th day of November, 2024.

/s/Debra M. Brown
**UNITED STATES DISTRICT JUDGE**